## FOURTH DEPARTMENT, NOVEMBER TERM, 1888.

**Decisions handed down November 14, 1888.**

Webster Billington, Respondent, v. Sullivan J. Billington, Appellant.—Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam* filed with the clerk of Onondaga county; dissenting opinion by Martin, J.

The People of the State of New York, Respondent, v. E. Remington & Sons.

In the Matter of William Horrocks and others, Appellants. — The order refusing William Horrocks, Louis P. Diss, Frederick A. W. Armstrong and Alonzo H. Sumner, preferences under chapter 376, Laws of 1885, affirmed, with one bill of costs; but with leave to file new petitions upon the payment of costs. *Per Curiam* opinion filed with the clerk of Onondaga county. Hardin, P. J., not sitting.

Mary Wall, as Administratrix, etc., Appellant, v. The Delaware, Lackawanna and Western Railroad Company, Respondent.— Judgment reversed on the exceptions and a new trial ordered, with costs to abide the event. Opinion by Follett, J.

Frank L. Smith, as Receiver, etc., Respondent, v. Curtis A. Barnum and others, Appellants.— Judgment and order reversed with one bill of costs, and leave granted to the plaintiff to amend his complaint on payment of the costs of this appeal, and one bill of costs upon the demurrer within twenty days. Opinion by Hardin, P. J., Martin J., not sitting.

Eunice Burch, Respondent, v. Lyman Hall, Appellant.—Judgment and order reversed on the exceptions, and a new trial ordered, with costs to abide the event. Opinions by Martin and Follett, JJ.

Ida B. Sackett, Respondent, v. Thomas H. Breen and Nathaniel F.Breen, Appellants.--Judgment and order affirmed, with costs. Opinion by Follett, J.

Joseph J. Tompkins, as Administrator, etc., Appellant, v. David W. Chapman and others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion; Martin, J., not sitting.

Charles E. Hubbell and George A. Porter, Respondents, v. Daniel Buhler and Elbert Stannard, Appellants, impleaded with Daniel W. Richards and Morton B. Smith, Respondents.—The part of the order appealed from is reversed, with ten dollars costs and disbursements. Opinion by Follett, J.

Mary Ann Keller and Irene E. Miller, Appellants, v. Susan Ogsbury, Respondent. — Judgment affirmed, with costs. Opinion by Martin, J.

Thomas Sullivan, Respondent, v. The City of Oswego, Appellant. — Judgment and order affirmed, with costs. Opinion by Follett, J.

Patrick Wall, Appellant, v. William F. Young, Respondent.—Judgment affirmed, with costs. *Per Curiam* opinion filed with the clerk of Onondaga county.

Daniel Harrington, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order reversed, on the exceptions, and a new trial ordered, with costs to abide the event. Opinion by Martin, J.

The People of the State of New York, Respondent, v. John D. Riordan, Appellant. — The judgment is reversed, a new trial ordered, and the return to and decision of this court are remitted to the Court of Sessions of Herkimer county. Opinion by Martin, J.

James McNamara, Respondent, v. Alpheus G. Babcock, Appellant.—Judgment of the County Court of Oneida county, and that of the Justice's Court, reversed, with costs. Opinion by Martin, J.

Christian J. Rancher, Respondent, v. William Cronk, as Trustee of School District No. 7, of Towns of Ava and Western, Appellant.—Judgment and order of the Oneida County Court affirmed. Opinion by Hardin, P. J.; dissenting opinion by Martin, J.

Joseph E. Fell, Respondent, v. The New York Locomotive Works, Appellant. — Judgment affirmed, with costs. Opinion by Hardin, P. J.

Henry Hungerford, Respondent,v. The Syracuse, Binghamton and New York Railroad Company,Appellant.—Judgment and order affirmed, with costs. Opinion by Martin, J.

Simon Uhlmann and Frederick Uhlmann, Appellants, v. Nathan Brownell and others, Respondents.—Judgment affirmed, with costs. Opinion by Martin, J. ; Follett, J., not voting.

Dominick Haley, Respondent, v. Frederick Williams, Appellant. —Judgment affirmed, with costs. Opinion by Follett, J.

John F. Thomas and Charles F. Crandall, Appellants, v. George M. Lee, Respondent.—Judgment of the County Court affirmed, with costs. Opinion by Follett, J.; Hardin, P. J. not voting.

The People of the State of New York, Respondent, v. Oren S. Potter, Appellant. — The judgment is affirmed, and the return to and decision of this court are remitted to the Court of Sessions of Jefferson County. Opinion by the court filed with the clerk of Onondaga County.

George Collins, Respondent, v. William Adams, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Martin, J.

J. Warren Merchant, Respondent, v. Conrad N. Jordan, Appellant. — *Judgment and order* affirmed, with costs. Opinion by Hardin, P. J.; Follett, J., not voting.

Henry O. Kenyon, Respondent, v. John F. Luther and Addison L. Upham, Appellants.— Judgment reversed on the exceptions, and a new trial ordered, with costs to abide the event. Opinion by Martin, J.

Timothy H. Teall, Respondent, v. The Consolidated Electric Light Company, Appellant.— Judgment affirmed, with costs. Opinion by Hardin, P. J.

Henry C. Shoemaker, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.—Judgment and order affirmed with costs. Opinion by Follett, J.

Fannie J. Bent, as Administratrix, etc., Appellant, v. Mary E. Bent and Myron H. Bent, Respondents.—Judgment affirmed, with costs. Opinion by Hardin, P. J.

**Decisions handed down November 21, 1888.**

Benjamin W. Roscoe and another, Respondents, v. Henry Lawson, Appellant, Impleaded, etc — Order affirmed, with ten dollars costs and disbursements.

Frank L. Walrath and another, Respondents, v. Henry Lawson, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements.

Frank L. Walrath and another, Respondents, v. Henry Lawson, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements.

Hiram Copley, Respondent, v. Charles R. Knapp, Appellant, Impleaded, etc.—The order appealed from, modified, so as to strike from the order of August 27, 1888, the following provision : " And it is further ordered that the said Charles R. Knapp produce all letters, communications and telegrams between himself and the said defendant Doran & Wright Company (Limited), in any manner relating to the relations of said Doran & Wright Company (Limited), and said